UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHERYL GREEN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-09-316 |
| | § | |
| NUECES COUNTY, TEXAS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

On this day came on to be considered the Emergency Motion for Protective Order of Defendants Cavazos, Guzman, and Hatch.  (D.E. 42.)  This Motion was filed in <u>Christina Campos, as Representative of the Estate of Roberto Roland Garcia, and Angelita Solis Torres v. Nueces County, Texas, et. al.</u>, 2:08-cv-288, and was "incorporated . . . by reference for all purposes as if set forth verbatim" in the Defendant's Advisory to the Court, filed in this action on June 10, 2010.  (D.E. 42.)

Defendants seek a protective order precluding counsel for Plaintiff in the action presently before the Court from deposing Defendant Cavazos about matters relevant to <u>Campos</u>, in which Defendant has asserted a claim of qualified immunity.  This qualified immunity claim was denied by this Court but is currently being adjudicated on appeal, effectively preventing any deposition of Cavazos in <u>Campos</u> until his appeal is decided.

On June 7, 2010, the Court held a phone conference in this action, in which the Court ruled that Defendant Cavazos could not use his claim of qualified immunity in <u>Campos</u> to avoid answering deposition questions in <u>Green</u>.[1]  For the reasons stated on the record at the

---

[1] Cavazos has asserted qualified immunity in his answer in <u>Green</u> (D.E. 40 ¶ 37), but has not filed a motion to dismiss on this basis.

Court's June 7, 2010 phone conference, Defendant's Motion for a Protective Order is DENIED.  (D.E. 42.)

SIGNED and ORDERED this 11th day of June, 2010.

_____
Janis Graham Jack
United States District Judge