IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHERYL GREEN, *as representative of* Eric Green | § § § | |
| v. | § § | C.A. No. 2:09-CV-00316 |
| NUECES COUNTY, TEXAS; ROBERT BALDERAS, *Individually*; PEDRO CAVAZOS, *Individually*; MARK TURLEY, *Individually*; AND NORMAN HOSEY, *Individually* | § § § § § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the Agreed Joint Motion to Dismiss with Prejudice.

After consideration of same, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the above-styled cause of action is dismissed with prejudice as to all claims and all parties.

IT IS FURTHER ORDERED that all costs and fees be taxed against the party incurring same.

SIGNED and ORDERED this 21st day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE

APPROVED BY AND AGREED TO:

/s/
Christopher J. Gale
GALE, WILSON & SÁNCHEZ, PLLC
115 E. Travis, 19th Floor
San Antonio, Texas 78205
Telephone:  (210) 222-8899
Telecopier:  (210) 222-9526
Southern District Bar No. 27257
ATTORNEY FOR PLAINTIFF

/s/
Keith B. Sieczkowski
BRANSCOMB | PC
802 N. Carancahua, Suite 1900
Corpus Christi, Texas 78401-0036
Telephone: (361) 888-9261
Facsimile: (361) 888-8504
Federal ID No. 17118
ATTORNEY FOR DEFENDANTS

{C0488979}