UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**ADR MEMORANDUM TO CLERK OF COURT**
P.O. Box 61010
Houston, Texas 77208-1010
Fax No. (713) 250-5141

United States District Court
Southern District of Texas
FILED

JUL 2 9 2010

David J. Bradley, Clerk of Court

Cheryl Green
Plaintiff(s),

DIVISION Corpus Christi

v.

CIVIL ACTION NO. 09-CV-316

Nueces County, Texas, et al.
Defendant(s).

ADR METHOD: Mediation ✓    Arbitration ___
Mini-trial ___    Summary Jury Trial ___

TYPE OF CASE: _____

1. Please check one of the following:
   The case referred to ADR settled ✓ or did not settle ___.

2. My total fee and expenses were: $ 500.00
   (If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to order of the Court or agreement of the parties.)

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

Chris Gale (Plf's atty)
115 East Travis, 19th Floor
San Antonio TX 78205
210-222-8899
210-222-9526 FAX

Keith Sieczkowski (Deft's atty)
802 N. Carancahua #1900
Corpus Christi TX 78470
361-888-9261
361-888-8504 FAX

ADR Provider No. 12178506

Name: Andrew Lehrman
Signature: [signed]

Date: 7/1/10

ADR-2
(Rev 01/31/01)